IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES PERKINS, #230220,           )
                                  )
          Petitioner,             )
                                  )
v.                                )   CIVIL ACTION NO.  2:09cv225-WHA
                                  )
GRANTT CULLIVER, *et al.*,         )
                                  )
          Respondents.            )

**ORDER**

On March 25, 2009, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  Upon an independent review of the file in this case and

upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case

be and is hereby TRANSFERRED to the United States District Court for the Northern District

of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

Done this the 27th day of April 2009.


                              /s/ W. Harold Albritton_____
                              W. HAROLD ALBRITTON
                              SENIOR UNITED STATES DISTRICT JUDGE